BRUCE ANDERSON v. ELAINE W. BALLAI, ET AL.

September 5, 1986.

Petition for certification denied.

BOROUGH OF FRANKLIN LAKES v. HAMPTON HILL ESTATES, INC. AND REPUBLIC INSURANCE COMPANY.

September 5, 1986.

Petition for certification denied.

JOSEPH DEMARCO v. JOHN C. BENTLEY, M.D.

September 5, 1986.

Petition for certification denied.

JOAN E. KAROL v. JOHN B. KAROL.

September 5, 1986.

Petition for certification denied.